**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LARRY MASON**, Petitioner, | ) | CIVIL ACTION NO. **03-712** |
| v. | ) | |
| **KENNETH D. KYLER, et al.,** Respondents. | ) | |

**ORDER OF COURT**

AND NOW, this 1st day of September, 2026, in accordance with the memorandum opinion, it is hereby ORDERED that the pro se motion for relief from judgment pursuant to Rule 60(b)(6) (ECF No. 28) filed by petitioner Larry Mason is DENIED for lack of jurisdiction. A certificate of appealability shall not issue. The court adopts the R&R (ECF No. 30) as the opinion of the court, as supplemented in the memorandum opinion.

BY THE COURT

***/s/ Joy Flowers Conti***
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE